## Staunton.

THE BALTIMORE AND OHIO RAILROAD CO. V. THE COMMON-
WEALTH OF VIRGINIA.

September 9, 1909.

1. STATE CORPORATION COMMISSION—*Lack of Parties—Railroads—Appeal.*—Where a necessary party to the proceedings in a case before the State Corporation Commission has been ommitted and not served with process, the cause will be remanded to the Commission without deciding any of the questions involved, in pursuance of section 156 (f) of the Constitution, for such further proceedings as may be necessary to a proper and final decision of the matters in controversy.

Appeal from the State Corporation Commission.

*Remanded.*

This cause comes up upon an appeal from an order of the State Corporation Commission, entered January 28, 1908, and the order of May 20, 1908, imposing a fine of $500 upon the appellant, the Baltimore and Ohio Railroad Company, for its failure to carry into effect the 6th paragraph of said order of January 28, 1908.

*H. R. Preston* and *Bumgardner & Bumgardner,* for the appellant.

*Wm. A. Anderson, Attorney General* and *Robert Tunstall,* for the Commonwealth.

By the Court:

The transcript of the record in this case having been seen and inspected, the court is of opinion, and doth so decide and

declare, that the Valley Railroad Company is an independent corporate organization, whose rights and property are materially affected by the orders aforesaid, and was a necessary party to the proceedings, and as such entitled to reasonable notice and opportunity to make defense by appropriate pleadings, and to introduce evidence in its behalf, and to be heard thereon, before any order affecting its rights could be lawfully entered.

The court, therefore, in pursuance of Article 12, sec. 156 (f) of the Constitution of Virginia (without at this time passing upon any of the questions involved, except to reverse the order of May 20, 1908, imposing a fine of $500 upon the Baltimore and Ohio Railroad Company) deems it necessary, in the interest of justice, to remand the case to the State Corporation Commission for such further proceedings to be had therein as may be necessary to a proper and final decision of the matters in controversy.

And it is so ordered.

*Remanded.*